# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### DOCKET NO. 1:19-cv-159-MOC

| | | |
|---|---|---|
| **LEILA LOCKERBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **ANDREW SAUL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 16). Having reviewed the motion, supporting materials, and the case file, the Court determines that Plaintiff shall be awarded attorney fees in the amount of $9,250.00.

**IT IS ORDERED** that the Plaintiff's Motion for Fees is **GRANTED**, to the extent that the Court will award attorney fees in the amount of $9,250.00. Pursuant to <u>Comm'r of Soc. Sec. v. Ratliff</u>, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first. If any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of

the Treasury reports to the Commissioner that Plaintiff does not owe a federal debt, the government will pay the awarded fees directly to Plaintiff's counsel.  No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: April 23, 2020

Max O. Cogburn Jr.
United States District Judge